UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ISAAC RIVERA-JIMENEZ                                                                         PLAINTIFF

v.                                                                    CIVIL ACTION NO. 3:16CV406-DPJ-FKB

UNITED STATES OF AMERICA, et al.                                                    DEFENDANTS

ORDER

This *pro se* prisoner case is before the Court on the Report and Recommendation [23] of United States Magistrate Judge F. Keith Ball. Judge Ball recommended that Plaintiff Isaac Rivera-Jimenez's remaining claims be dismissed with prejudice. Rivera-Jimenez failed to file objections to the Report and Recommendation, and the time to do so has now passed. The Court, having fully reviewed the unopposed Report and Recommendation of the United States Magistrate Judge, and being duly advised in the premises, finds that said Report and Recommendation should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation [23] of United States Magistrate Judge F. Keith Ball be, and the same is hereby, adopted as the finding of this Court. The United States of America's Motion to Dismiss [21] is granted, and this case is dismissed with prejudice.

A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 25th day of May, 2017.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE